# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2931
LT Case No. 42220000861DR

_____

ANTONIO NICOLAS OWENS,

    Appellant,

    v.

DEPARTMENT OF REVENUE AND
BRIANNA REBECCA BACHE,

    Appellees.

_____

Administrative Appeal from the Department of Revenue.

Antonio Nicolas Owens, Corpus Christi, Texas, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellee, Department of Revenue.

Brianna Rebecca Bache, Ocala, pro se.

January 9, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____